

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2014

No. 04-13-00892-CV

Dora **GULLEY**,
Appellant

v.

**STATE FARM LLOYDS**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03371
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellee's unopposed motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before July 21, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court